Argued and submitted October 30, 1995, motion for sanctions denied; reversed and
remanded for reconsideration January 3, 1996

In the Matter of the Compensation of
Susan A. Michl, Claimant.
BEVERLY ENTERPRISES
and Construction State Service Company,
*Petitioners,*

*v.*

Susan A. MICHL,
*Respondent.*

(WCB 93-04959; CA A87433)

908 P2d 849

Jerald P. Keene argued the cause for petitioners. With him on the brief was Roberts, Reinisch, MacKenzie, Healey & Wilson.

David C. Force argued the cause and filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

Employer petitions for review of an order of the Workers' Compensation Board upholding the compensability of claimant's knee condition and related surgery. The primary dispute concerns whether claimant's condition is the result of a combination of a work injury and a preexisting condition.

Resolution of this case involves an interpretation of ORS 656.005(7)(a)(B), which was amended by the legislature in 1995. Or Laws 1995, ch 332. The amendments are applicable to all cases still in administrative proceedings or on review. *Volk v. America West Airlines,* 135 Or App 565, 899 P2d 746 (1995). We remand the case to the Board for reconsideration in the light of the amendments. Accordingly, we deny claimant's motion for sanctions made pursuant to ORS 656.390.

Motion for sanctions denied; reversed and remanded for reconsideration.